IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CR-00034 |
| | ) | |
| Hormoz Mansouri | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 15, 2024 and ending on November 13, 2024. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2024 at Buffalo, NY.

_____
Alyssa Lommer
FSA Paralegal

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: 1:22-CR-00034; NOTICE OF FORFEITURE

Notice is hereby given that on October 08, 2024, in the case of <u>U.S. v. Hormoz Mansouri</u>, Court Case Number 1:22-CR-00034, the United States District Court for the Western District of New York entered an Order condemning and forfeiting the following property to the United States of America:

Eight hundred seven thousand five hundred ninety-two dollars and sixty-eight cents ($807,592.68) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 2678 held in the name of EI Team, Inc. (21-FBI-006647)

Ninety-eight thousand, three hundred and thirty-eight dollars and sixty-seven cents ($98,338.67) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 2928 held in the name of NPTS (21-FBI-006648)

One hundred and three thousand two hundred fifty-seven dollars and thirty-eight cents ($103,257.38) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 5884 held in the name of HLM Holding, LLC (21-FBI-006650)

One hundred forty-two thousand five hundred thirty-four dollars and twelve cents ($142,534.12) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 3454 held in the name of 2060 Sheridan Drive, LLC (21-FBI-006651)

Ninety-three thousand four hundred eighty dollars and ninety-eight cents ($93,480.98) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 0135 held in the name of 212 Holding Avenue, LLC (21-FBI-006652)

One hundred and thirty-three thousand three hundred forty-one dollars and two cents ($133,341.02) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 2274 held in the name of 350 Old Niagara Falls Boulevard, LLC (21-FBI-006653)

One hundred sixteen thousand eight hundred seventy-five dollars and twenty-eight cents ($116,875.28) of United States currency seized on May 28, 2021 from M&T Bank, Business Checking account ending in 3470 held in the name of 47 East Amherst, LLC (21-FBI-006677)

Two hundred seven thousand thirty-five dollars and thirty-five cents ($207,035.35) of United States currency seized on May 28, 2021 from M&T Bank Business

Checking account ending in 2720 held in the name of 3600 Harlem Road, LLC (21-FBI-006679)

One hundred eighty-six thousand one hundred forty-eight dollars and fourteen cents ($186,148.14) of United States currency seized on May 28, 2021 from M&T Bank Business Checking account ending in 3354 held in the name of Mansouri For County Comptroller (21-FBI-006680)

One 2017 LEXUS LX570, VIN: JTIJHY7AX1H4226453, titled and registered to NPTS, Inc., owned by the defendant, seized on or about October 15, 2021 (22-FBI-000116)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 15, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, U.S. District Clerk's Office, 2 Niagara Square Room 200, Buffalo, NY  14202, and a copy served upon Assistant United States Attorney Elizabeth Palma, 138 Delaware Avenue, Federal Centre, Buffalo, NY  14202.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Elizabeth Palma, 138 Delaware Avenue, Federal Centre, Buffalo, NY  14202.  This website provides answers to frequently asked questions (FAQs) about filing a petition

for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 15, 2024 and November 13, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Hormoz Mansouri

**Court Case No:**         1:22-CR-00034
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1  | 10/15/2024 | 24.0 | Verified |
| 2  | 10/16/2024 | 23.9 | Verified |
| 3  | 10/17/2024 | 23.9 | Verified |
| 4  | 10/18/2024 | 23.8 | Verified |
| 5  | 10/19/2024 | 23.9 | Verified |
| 6  | 10/20/2024 | 23.9 | Verified |
| 7  | 10/21/2024 | 23.9 | Verified |
| 8  | 10/22/2024 | 23.9 | Verified |
| 9  | 10/23/2024 | 23.9 | Verified |
| 10 | 10/24/2024 | 23.9 | Verified |
| 11 | 10/25/2024 | 23.9 | Verified |
| 12 | 10/26/2024 | 23.8 | Verified |
| 13 | 10/27/2024 | 23.9 | Verified |
| 14 | 10/28/2024 | 23.9 | Verified |
| 15 | 10/29/2024 | 23.9 | Verified |
| 16 | 10/30/2024 | 23.9 | Verified |
| 17 | 10/31/2024 | 24.0 | Verified |
| 18 | 11/01/2024 | 23.9 | Verified |
| 19 | 11/02/2024 | 23.9 | Verified |
| 20 | 11/03/2024 | 24.0 | Verified |
| 21 | 11/04/2024 | 24.0 | Verified |
| 22 | 11/05/2024 | 23.9 | Verified |
| 23 | 11/06/2024 | 23.9 | Verified |
| 24 | 11/07/2024 | 23.9 | Verified |
| 25 | 11/08/2024 | 23.9 | Verified |
| 26 | 11/09/2024 | 23.9 | Verified |
| 27 | 11/10/2024 | 23.9 | Verified |
| 28 | 11/11/2024 | 24.0 | Verified |
| 29 | 11/12/2024 | 23.8 | Verified |
| 30 | 11/13/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.